# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| REEF MOUNTAIN LLC,<br><br>    Plaintiff<br><br>vs.<br><br>SAVANT SYSTEMS, LLC,<br><br>    Defendant | CASE NO: 18-11536 (     )<br><br>PATENT CASE |

## COMPLAINT

TO THE HONORABLE CORUT:

COMES NOW Plaintiff Reef Mountain LLC ("Plaintiff" or "Reef Mountain") files this Complaint against Savant Systems, LLC ("Defendant" or "Savant") for infringement of United States Patent No. 8,239,481 (hereinafter "the '481 Patent").

## PARTIES AND JURISDICTION

1. This is an action for patent infringement under Title 35 of the United States Code. Plaintiff is seeking injunctive relief as well as damages.

2. Jurisdiction is proper in this Court pursuant to 28 U.S.C. §§ 1331 (Federal Question) and 1338(a) (Patents) because this is a civil action for patent infringement arising under the United States patent statutes.

3. Plaintiff is a Texas limited liability company with its office address at 5570 FM 423, Suite 250-125, Frisco, TX 75034.

4. On information and belief, Defendant is a Massachusetts limited liability company with a principal address of 45 Perseverance Way, Hyannis, MA 02601 and may be served through its registered agent, Bruce Myers at the same address of 45 Perseverance Way, Hyannis, MA 02601CT.

5. On information and belief, this Court has personal jurisdiction over Defendant because Defendant has committed, and continues to commit, acts of infringement in this District, has conducted business in this District, and/or has engaged in continuous and systematic activities in this District.

6. On information and belief, Defendant's instrumentalities that are alleged herein to infringe were and continue to be used, imported, offered for sale, and/or sold in this District.

## VENUE

7. Venue is proper in this District pursuant to 28 U.S.C. § 1400(b) because acts of infringement are occurring in this District and Defendant has a regular and established place of business in this District. For instance, on information and belief, Defendant has a regular and established place of business located at 45 Perseverance Way, Hyannis, MA 02601. On information and belief, Defendant has other regular and established places of business in this District.

## COUNT I
## (INFRINGEMENT OF UNITED STATES PATENT NO. 8,239,481)

8. Plaintiff incorporates paragraphs 1 through 7 herein by reference.

9. This cause of action arises under the patent laws of the United States and, in particular, under 35 U.S.C. §§ 271, *et seq.*

10. Plaintiff is the owner by assignment of the '481 Patent with sole rights to enforce the '011 Patent and sue infringers.

11. A copy of the '481 Patent, titled "System and method for implementing open-control remote device control," is attached hereto as **Exhibit A**.

12. The '481 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

13. On information and belief, Defendant has infringed and continues to infringe one or more claims, including at least Claims 1, 3, 9, 12, 13, 15, 17, 26, 30, 31, 32, 35, 37, 40, 44, 45, and 46 of the '481 Patent by making, using, importing, selling, and/or offering devices and methods for controlling devices in a computer system, which are covered by at least Claims 1, 3, 9, 12, 13, 15, 17, 26, 30, 31, 32, 35, 37, 40, 44, 45, and 46 of the '481 Patent. Defendant has infringed and continues to infringe the '481 Patent directly in violation of 35 U.S.C. § 271.

14. Defendant sells, offers to sell, and/or uses (including by at least testing) appliance control devices and/or systems including, without limitation, the Savant Pro 8 App, and any similar products ("Product"), which infringe at least Claims 1, 3, 9, 12, 13, 15, 17, 26, 30, 31, 32, 35, 37, 40, 44, 45, and 46 of the '481 Patent. The Product enables a user to control various appliances that utilize different device-specific protocol instruction through an interface by encoding selected appliance operations according to a standard communication protocol instruction.

15. In at least testing and usage, the Product implements a communication method for controlling devices in a computer system. The Product obtains a user selection (e.g., selection of smart appliances which a user wants to control. For example, the user can select lights, thermostat, etc.) of one or more of a plurality of networked devices (e.g., smart appliance such as lights, thermostat, etc.) to be manipulated from a user interface (e.g., Savant Pro 8 app interface), wherein at least one of the plurality of networked devices requires device-specific protocol instructions that are different from protocol instructions required by at least one of the other plurality of networked devices. The Savant app can control, by means of a smartphone, multiple types of devices (e.g., smart appliances like lights, door locks, thermostats, etc.) which have different functionalities, and therefore, on information and belief must have different software operating instructions that correspond to their differentiated functions (e.g., different device-specific protocol instructions).

Certain aspects of these elements and limitations are illustrated in the screen shots below and/or in screen shots provided in connection with other allegations herein.

> The Savant Pro 8 App lets you control your lighting, climate, entertainment, and security from a single app on your Android device.
>
> **STREAMLINED FOR SIMPLICITY**
> The redesigned Savant Pro 8 App now gives you faster access to scenes, services, and settings that let you change the atmosphere in any room with just a tap. The App also features a new look for lighting and climate controls, making it easier to use than ever before.
>
> **DESIGNED FOR THE WAY YOU LIVE**
> With Savant, you can turn on your lights before you get home, coordinate your thermostats and window shades to save energy, and stream your favorite Sonos playlists to any room. Plus, you can view rooms at a glance to keep an eye on things from anywhere.
>
> **CREATE YOUR OWN SCENES**
> Combine multiple services into Savant Scenes you can access with a tap. Schedule a "Good Morning" scene to warm up the house, open the blinds, and turn on the news for when you wake up—or set the mood for "Date Night" with a perfect playlist and romantic lighting you can bring to life when the moment's right.
>
> **ACCESS YOUR HOME FROM ANYWHERE**
> Get peace of mind with convenient access to your system from anywhere. Receive customized alerts via email or push notification if something is amiss.
>
> https://play.google.com/store/apps/details?id=com.savantsystems.controlapp.pro



https://play.google.com/store/apps/details?id=com.savantsystems.controlapp.pro



http://sav-documentation.s3.amazonaws.com/Product%20User%20Guides/009-1399-01%20Pro%208%20App%20User%20Guide.pdf



http://sav-documentation.s3.amazonaws.com/Product%20User%20Guides/009-1399-01%20Pro%208%20App%20User%20Guide.pdf



https://play.google.com/store/apps/details?id=com.savantsystems.controlapp.pro







16. In at least testing and usage, the Product obtains a user interface application (e.g., Savant Pro 8 smartphone app) corresponding to the selected one or more networked devices (e.g., smart appliance such as lights, thermostat, etc.). Certain aspects of these elements are illustrated in the screen shots provided in connection with other allegations herein.

17. In at least testing and usage, the Product transmits, to at least one user interface selection device, the user interface application (e.g., smartphone with the Savant App installed) corresponding to the selected one or more networked devices (e.g., the Savant application will display a user interface that can be used to control corresponding smart appliances) so that the user interface (e.g., Savant's smartphone app) can be displayed on the at least one user interface selection device (e.g., a smartphone with the Savant application installed). Certain aspects of these elements are illustrated in the screen shots provided in connection with other allegations herein.

18. In at least testing and usage, the Product obtains a user selection of an operation (e.g., a user can control and/or set a particular device using the Savant App) corresponding to at least one selected networked device (e.g., smart appliances). Certain aspects of these elements are illustrated in the screen shots provided in connection with other allegations herein.

19. On information and belief, in at least testing and usage, the Product encodes the selected operation (e.g., a user's selection of a particular setting or control pertaining to a particular device) according to a standard communication protocol instruction (e.g., a standard protocol utilized by the Savant system to encode all user instructions to a format appropriate for transmittal to the Savant server and/or host over the Internet). Because the Savant system utilizes a single application interface to control a multitude of devices, it is inherent that the application utilizes a common communication protocol to encode all user instructions originating from the Savant App. The fact that a Savant server and/or host device parses all of the said instructions or settings further

supports the conclusion that a single communication protocol is utilized by the Savant App to transmit settings and/or settings. This standard communication protocol could be any Internet Protocol or proprietary Savant protocol appropriate for the transmittal of controls/settings from the Mobile Application to the Savant server/host via the Internet. Certain aspects of these elements are illustrated in the screen shot below and/or in screen shots provided in connection with other allegations herein.

**The Protocol**

IP is a protocol. Simply said, a protocol is a set of rules governing how things work in a certain technology so that there is some kind of standardization. When put into a network communication context, an internet protocol describes how data packets move through a network.

When you have a protocol, you are sure that all machines on a network (or in the world, when it comes to the internet), however different they might be, speak the same "language" and can integrate into the whole framework.

The IP protocol standardizes the way machines over the Internet or any IP network forward or route their packets based on their IP addresses.

https://www.lifewire.com/internet-protocol-explained-3426713

20. The Product transmits the selected standard protocol instruction (e.g., user input settings or controls that have been encoded utilizing a standard communication protocol) to a server (e.g., Savant server and/or host device) corresponding to the selected networked device (e.g., smart appliances connected to Savant server and/or host). Certain aspects of these elements are illustrated in the screen shot below and/or in screen shots provided in connection with other allegations herein.


https://community.savant.com/DefaultStore/ccrz__ProductDetails?viewState=DetailView&cartID=&sku=HST-SAVANT4P-00&isCSRFlow=true&portalUser=&store=&cclcl=en_US

21. On information and belief, the Product obtains an output (e.g., the actual carrying out of controls or settings by a particular device; for example, the retrieval of status data from a device such as the current temperature settings of a thermostat, the operation of a device such as turning on/off a light, or the locking/unlocking of a lock) corresponding to the selected operation (e.g., the user input control and/or setting) of the selected networked device (e.g., smart appliances or other connected device). On information and belief, the Savant server and/or host will receive commands and or settings originating from a mobile device, those commands or settings having been encoded utilizing a standard communication protocol that is appropriate for data transmission over a network (e.g., the Internet). The Savant server and/or host will then parse said data to determine the appropriate commands/instructions to send to a particular device so that the desired setting/control can be carried out (e.g., the appropriate Savant proprietary protocol command). Certain aspects of these elements are illustrated in the screen shots provided in connection with other allegations herein.

22. Regarding Claim 3, the Product contains a selection option wherein the selected networked device is a monitoring device (e.g., a smart appliance such as a thermostat that monitors

temperature). Certain aspects of these elements are illustrated in the screen shots provided in connection with other allegations herein.

23. Regarding Claim 9, the output includes data indicative of the network device status (e.g., device settings or status such as the current temperature settings of a thermostat).

24. Regarding Claim 12, the standard communication protocol is device independent (e.g., the communication protocol utilized for data transmission to the Savant server and/or host is independent of any protocols used for direct communication with actual devices and is universally used to transmit controls and settings across all of the different devices).

25. Regarding Claim 13, the user interface is a web-based graphical user interface (e.g., a smartphone app interface which controls through a network such as the Internet).

26. Regarding Claim 15, obtaining a user selection of an operation (e.g., settings of the device being controlled) corresponding to at least one selected networked device (e.g., smart appliances, lights, thermostat, etc.) includes obtaining a user manipulation of a graphical icon.

27. Regarding Claim 17, the Product includes a computer-readable medium having a computer executable program therein for performing the method of controlling devices in a computer system. The method steps are as described in connection with Claim 1 and as illustrated in the screen shots provided in connection with other allegations herein.

28. Regarding Claim 26, the output includes data indicative of a networked device status. This is described in connection with Claim 9 and as illustrated in the screen shots provided in connection with other allegations herein.

29. Regarding Claim 30, the standard communication protocol is device independent. This is described in connection with Claim 12 and as illustrated in the screen shots provided in connection with other allegations herein.

30. Regarding Claim 31, the user interface is a Web-based graphical user interface. This is described in connection with Claim 13 and as illustrated in the screen shots provided in connection with other allegations herein.

31. Regarding Claim 32, obtaining a user selection of an operation corresponding to at least one selected networked device includes obtaining a user manipulation of a graphical icon. This is described in connection with Claim 15 and as illustrated in the screen shots provided in connection with other allegations herein.

32. Regarding Claim 35, the Product provides a method of controlling devices in a computer system. The method steps are as described in connection with Claim 1 and as illustrated in the screen shots provided in connection with other allegations herein.

33. Regarding Claim 37, the selected networked device is a monitoring device. This is described in connection with Claim 3 and as illustrated in the screen shots provided in connection with other allegations herein.

34. Regarding Claim 40, the output includes data indicative of a networked device status. This is described in connection with Claim 9 and as illustrated in the screen shots provided in connection with other allegations herein.

35. Regarding Claim 44, the standard communication protocol is device independent. This is described in connection with Claim 12 and as illustrated in the screen shots provided in connection with other allegations herein.

36. Regarding Claim 45, the user interface is a Web-based graphical user interface. This is described in connection with Claim 13 and as illustrated in the screen shots provided in connection with other allegations herein.

37. Regarding Claim 46, obtaining a user selection of an operation corresponding to at

least one selected networked device includes obtaining a user manipulation of a graphical icon. This is described in connection with Claim 15 and as illustrated in the screen shots provided in connection with other allegations herein.

38. Defendant's actions complained of herein will continue unless Defendant is enjoined by this court.

39. Defendant's actions complained of herein are causing irreparable harm and monetary damage to Plaintiff and will continue to do so unless and until Defendant is enjoined and restrained by this Court.

40. Plaintiff is in compliance with 35 U.S.C. § 287.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff asks the Court to:

(a) Enter judgment for Plaintiff on this Complaint on all causes of action asserted herein;

(b) Enter an Order enjoining Defendant, its agents, officers, servants, employees, attorneys, and all persons in active concert or participation with Defendant who receive notice of the order from further infringement of United States Patent No. 7,797,011 (or, in the alternative, awarding Plaintiff a running royalty from the time of judgment going forward);

(c) Award Plaintiff damages resulting from Defendant's infringement in accordance with 35 U.S.C. § 284;

(d) Award Plaintiff pre-judgment and post-judgment interest and costs; and

(e)     Award Plaintiff such further relief to which the Court finds Plaintiff entitled under law or equity.

Dated: July 23, 2018                                                                              Respectfully submitted.

By: */s/ Gustavo A. Chico-Barris*
Gustavo A. Chico-Barris
USDC-MA No. 568818
**Ferraiuoli LLC**
221 Plaza, 5th Floor
221 Ponce de León Avenue
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: gchico@ferraiuoli.com

By: */s/ Jay Johnson*
Jay Johnson
USDC-TX No. 24067322
**Kizzia & Johnson, PLLC**
1910 Pacific Ave. Ste. 13000
Dallas, TX   75201
Telephone: (214) 451-0164
Facsimile: (214)451.0165
jay@kjpllc.com

**ATTORNEYS FOR PLAINTIFF**
*REEF MOUNTAIN LLC*